Julie A. Vogelzang, State Bar No. 174411
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311

Attorneys for Defendant AmeriPride Services Inc.

Nicholas Wagner
LAW OFFICES OF WAGNER & JONES
1111 E. Hendon, Suite 317
Fresno, CA 93720
Telephone No.: 559.449.1800
Fax No.: 559.449.0749

Attorneys for Plaintiff Grady O'Bryant

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRADY O'BRYANT,<br><br>   Plaintiff,<br><br>v.<br><br>AMERIPRIDE SERVICES, INC., and DOES 1-50, inclusive,<br><br>   Defendants. | Case No. 2:08-cv-00919-FCD-EFB<br><br>**STIPULATION AND ORDER TO TRANSFER ACTION TO SOUTHERN DISTRICT OF CALIFORNIA** |

**STIPULATION**

Currently pending before this Court is Defendant AmeriPride Services Inc.'s ("Defendant") Motion to Transfer Action to Southern District of California pursuatn to 28 U.S.C. section 1404(a). It is scheduled to be heard on June 6, 2008 at 10:00 a.m. in Courtroom 2. Because Plaintiff Grady O'Bryant ("Plaintiff") does not oppose the motion, the parties hereto stipulate as follows:

   1.   The parties stipulate to the transfer of this case to the Southern District of California and seek assignment to Judge Marylin Huff, who presides over the related action pending in the Southern District.

2. The parties agree that Defendant's pending Motion to Transfer Action to Southern District of California shall be taken off calendar before the undersigned judge.

DATED: May 27, 2008          Respectfully submitted,

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: s/Julie A. Vogelzang
Julie A. Vogelzang
Attorneys for Defendant AmeriPride Services Inc.

DATED: May 27, 2008          LAW OFFICES OF WAGNER & JONES

By: s/Nicholas Wagner
Nicholas Wagner
Attorneys for Plaintiff Grady O'Bryant

## ORDER

Because there is litigation pending in the Southern District of California which alleges substantially identical claims and involves the same defendant as the instant action and transfer of this action to the Southern District of California will therefore avoid duplicative litigation and the possibility of inconsistent rulings, save the parties costs and time, and create judicial efficiencies, in the interest of justice,

IT IS HEREBY ORDERED that Defendant's Motion to Transfer Action to Southern District of California be taken off calendar, and that this action be transferred in its entirety, pursuant to Section 1404(a), to the United States District Court for the Southern District of California.

DATED: May 28, 2008

By: _____
UNITED STATES DISTRICT COURT JUDGE